UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **SHELTON ROSEBORO**         )<br>                                                  )<br>        **Plaintiff.**                        )<br>                                                  )<br>        v.                                       )<br>                                                  )<br>**JAMES H. BILLINGTON,**   )<br>**LIBRARIAN OF CONGRESS**  )<br>                                                  )<br>        **Defendant.**                   )<br>_____) | **Case No.: 06-00602**<br><br>**Judge Richard W. Roberts** |

## SWORN DECLARATION OF DAVID A. BRANCH OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT

   I, David A. Branch, counsel for Plaintiff Shelton Roseboro, do hereby swear under penalty of perjury and based on personal knowledge that:

1. I am counsel to the Plaintiff in this matter.

2. I caused the summons and complaint served on Alberto Gonzalez, the Attorney General of the United States, Kenneth Weinstein, the U.S. Attorney for the District of Columbia, and James Billington, Librarian of Congress by certified mail, return receipt requested.

3. A copy of the return receipts for Alberto Gonzalez and Kenneth Weinstein are attached as an exhibit to this notice. A copy of the return receipt from James Billington has not been returned to the office from the postal service. Agency counsel has acknowledged receipt of service on Billington.

   I hereby certify under penalty of perjury that the foregoing statements contained in the attached are true and correct.

_____/s/_____
David A. Branch            6/26/06