| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Ernest L. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) APR 2 5 2006   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzalez, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 9686 7699 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1035 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Ernest L. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) APR 2 5 2006   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>U.S. Attorney<br>555 4th Street, NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 9686 7668 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1035 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Ave., NW
Suite 690
Washington, DC  20009

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Ave., NW
Suite 690
Washington, DC  20009