UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELTON ROSEBORO, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS )<br>)<br>   Defendant )<br>)<br>_____ ) | Civil Action No. 06-0602 (RWR)<br><br>ECF |

**MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

     Defendant, James H. Billington, Librarian of Congress, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to Plaintiff's action to and including July 10, 2006. Plaintiff's counsel consents to the filing of this motion. The answer would otherwise be due on Monday, June 26, 2006.

     Plaintiff has filed this action against the Library of Congress for alleged violations of the Family Medical Leave Act (FMLA), Title 29 U.S.C. § 2601 *et seq.* Specifically, Plaintiff alleges that he was denied leave under the FMLA by defendants and was later terminated.

     There is good cause for this motion. The agency has informed the undersigned that it needs this additional time to provide necessary information to respond to the allegations in the complaint.

     This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334