UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **SHELTON ROSEBORO** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**JAMES H. BILLINGTON,** )<br> **LIBRARIAN OF CONGRESS** )<br>**Defendant.** )<br>_____ ) | **06cv0602**<br>**Judge Roberts** |

### Plaintiff's Consent Motion to Continue Scheduling Conference

Comes now Plaintiff Shelton Roseboro, by and through counsel, and files this consent motion to continue the initial scheduling conference, and in support thereof states as follows.

The court has scheduled the initial scheduling conference in this matter on October 23, 2006. Plaintiff's counsel is scheduled to begin a one to two week trial before Judge Russell Canan in the District of Columbia Superior Court on October 213, 2006, and the court typically hears evidence until 4:45 pm, Monday through Thursday. Plaintiff requests that the court continue the hearing for another date. Plaintiff contacted Defendant's counsel, and she left a voicemail message indicating that she consents to a continuance of the scheduling conference but she did not provide times and dates she would be available to reschedule the conference, and she has not been available to confer with Plaintiff's counsel to file the Rule 16 report.

Wherefore Plaintiff requests that the court continue the scheduling conference.
.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

## Certificate of Service

I hereby certify this 16th day of October  2006, that a copy of the foregoing Plaintiff's Consent Motion to Continue Scheduling Conference was sent electronically to counsel for Defendant listed below:

Heather Graham-Oliver
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., NW
Washington, D.C. 20530

                                        /s/
                                  David A. Branch

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **SHELTON ROSEBORO**  )<br>)<br>  **Plaintiff**   )<br>)<br>vi.   )<br>)<br>**JAMES H. BILLINGTON,**  )<br> **LIBRARIAN OF CONGRESS**  )<br>  **Defendant.**   )<br>_____) | 06cv0602<br>Judge Roberts |

**O R D E R**

Upon Consideration of Plaintiff's Motion for Summary Judgment, it is

ORDERED that the motion be and hereby is granted.

SO ORDERED.

_____

U.S. District Court Judge