**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHELTON ROSEBORO,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-0602 (TFH)** |
| **JAMES H. BILLINGTON,** | ) | **Status Conference: March 30, 2007 at** |
| **LIBRARIAN OF CONGRESS** | ) | **3:00 p.m.** |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| _____ | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**
**TO COMPLETE DISCOVERY**

Federal Defendant, the Library of Congress, by and through its attorney, respectfully

moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to

complete the plaintiff's deposition until April 6, 2007.   The Discovery deadline is now set for

Friday, March 23, 2007.  This is the first request by Defendant for an extension.  Counsel for the

Plaintiff has been contacted concerning the filing of this motion but has not responded prior to

the filing deadline. Plaintiff has brought this action under the Family and Medical Leave Act, 29

U.S.C. § 2601 et seq.

Due to undersigned counsel's schedule, additional time is required to conduct the

deposition of the Plaintiff.  Discovery is scheduled to end on March 23, 2007; however, counsel

will be on annual leave during that week, beginning Monday, March 19, 2007.  As a result,

counsel is requesting the additional time to receive answers to written interrogatories and depose

the Plaintiff.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant