UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHELTON ROSEBORO,** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-0602 (TFH) |
| **JAMES H. BILLINGTON,** | ) | Status Conference: March 30, 2007 at |
| **LIBRARIAN OF CONGRESS** | ) | 3:00 p.m. |
| | ) | |
| | ) | |
|     **Defendant** | ) | |
| | ) | |
| | ) | |

**ORDER**

    _____This matter comes before the Court on Defendants Motion for Enlargement of Time to Complete Discovery.  It is by the Court this \_\_\_\_\_ day of _____, 2007 hereby

    ORDERED that Defendants Motion for an Enlargement of Time to Complete Discovery is hereby GRANTED.

SO ORDERED.

 

                                           _____
                                           UNITED STATES DISTRICT JUDGE