**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHELTON ROSEBORO,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-0602 (TFH)** |
| **JAMES H. BILLINGTON,** | ) | **Status Conference: March 30, 2007 at** |
| **LIBRARIAN OF CONGRESS** | ) | **3:00 p.m.** |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**
**TO COMPLETE DISCOVERY**

Federal Defendant, the Library of Congress, by and through its attorney, respectfully

moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to

complete the plaintiff's deposition until April 27, 2007.   The Discovery deadline is now set for

Friday, April 6, 2007.  This is the second request by Defendant for an extension.  Counsel for the

Plaintiff has been contacted concerning the filing of this motion but has not responded prior to

the filing deadline. Plaintiff has brought this action under the Family and Medical Leave Act, 29

U.S.C. § 2601 et seq.

The additional time is for the sole purpose of conducting the Plaintiff's deposition. Due to

scheduling constraints, the parties have been unable to agree upon a date to complete Plaintiff's

deposition.  As a result, the parties have made an informal agreement to depose the plaintiff on

April 26 @ 10:00 am.  Additionally, Plaintiff has not yet responded to Defendant's written

discovery and Defendant will use this time to get such responses.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant