UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHELTON ROSEBORO,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-0602 (TFH) |
| **JAMES H. BILLINGTON,** | ) | Status Conference: May 3, 2007 at |
| **LIBRARIAN OF CONGRESS,** | ) | 2:00 p.m. |
| | ) | |
| | ) | |
|     **Defendant** | ) | |
| | ) | |
| | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

      Now comes the Librarian of Congress and hereby respectfully requests an extension of time, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Thursday, May 25, 2007.  The Motion is now due on Monday, April 30, 2007.  Plaintiff brought this action under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) and objects to the filing of this motion.   Although discovery closed on April 27, 2007, the defendant seeks one further deposition and wishes discovery to be re-opened for that sole purpose.

      Counsel is requesting this additional time for the following reason: counsel deposed the Plaintiff on April 26, 2007. Defendant requests the indulgence of the Court to file its motion for summary judgment after having received the deposition transcript, which it anticipates taking 10 business days.  Moreover, a vital witness has since retired from the Library of Congress and will be necessary to the filing of its motion.  As a result, counsel is requesting the additional time to

file its motion for summary judgment until May 25, 2007, and to take one additional deposition.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant