UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SHELTON ROSEBORO,**            )
                                 )
    **Plaintiff,**           )
                                 )
    v.                       )   Civ. No. 06-0602 (TFH)
                                 )
**JAMES H. BILLINGTON,**         )
                                 )
    **Defendant.**           )

**ORDER**

It is hereby **ORDERED** that as of May 25, 2007, this matter is referred to Magistrate Judge Alan Kay for mediation, to be completed by July 13, 2007.

It is further **ORDERED** that discovery is reopened for the limited purpose of permitting defendant to depose one additional witness.

It is further **ORDERED** that summary judgment briefing shall proceed in accordance with the following schedule: (1) defendant's motion for summary judgment is due on May 25, 2007; (2) plaintiff's opposition and cross-motion is due on June 8, 2007; (3) defendant's opposition and reply is due on June 22, 2007; and (4) plaintiff's reply is due on July 6, 2007.

It is further **ORDERED** that the parties shall appear on July 23, 2007, at 10:00 AM for argument on the summary judgment motion(s).

**SO ORDERED**

May 3, 2007

                                                          /s/
                                               Thomas F. Hogan
                                                 Chief Judge