UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELTON ROSEBORO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br>)<br>)<br>Defendant )<br>)<br>_____ ) | Civil Action No. 06-0602 (TFH)<br>Mediation scheduled for June 15, 2007 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION**

Now comes the Librarian of Congress and hereby respectfully requests an extension of time, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until June 22, 2007. The Motion is now due on Friday, May 25, 2007. Plaintiff brought this action under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq. Counsel for Plaintiff has been contacted pursuant to LCvR 7(m) and does not object to the filing of this motion.

The Defendant requests that it file its Motion after attempts to mediate. Currently, mediation is scheduled for June 15, 2007, before Judge Kay. If mediation is unsuccessful, Defendant requests that the new dates for filing dispositive Motions be as follows:

Defendant's Motion for Summary Judgment due on June 22, 2007;

Plaintiff's Opposition and Cross Motion due on July 9, 2007;

Defendant's Reply and Opposition due on July 20, 2007; and

Plaintiff's Reply due on August 3, 2007.

Plaintiff has been consulted concerning these dates and does not object to them.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant