# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELTON ROSEBORO,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 06-0602 (TFH)** |
| **JAMES H. BILLINGTON,** ) | **Mediation: June 15, 2007** |
| **LIBRARIAN OF CONGRESS** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| _____) | |

## ORDER

_____This matter comes before the Court on Defendants Motion for Enlargement of Time to file its Motion for Summary Judgment.  It is by the Court this _____ day of _____, 2007 hereby

ORDERED that Defendant's Motion for an Enlargement of Time to file its Motion for Summary Judgment is hereby GRANTED and the following dates followed:

Defendant's Motion for Summary Judgment due on June 22, 2007;

Plaintiff's Opposition and Cross Motion due on July 9, 2007;

Defendant's Reply and Opposition due on July 20, 2007; and

Plaintiff's Reply due on August 3, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE