UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHELTON ROSEBORO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0602 (TFH) |
| JAMES H. BILLINGTON, | ) | Mediation scheduled for June 29, 2007 |
| LIBRARIAN OF CONGRESS, | ) | |
| Defendant | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE DISPOSITIVE MOTION

Now comes the Librarian of Congress and hereby respectfully requests an extension of time, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until July 26, 2007. The Motion is now due on Friday, June 22, 2007. Plaintiff brought this action under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq. Counsel for Plaintiff has been contacted and does not oppose the motion.

The Defendant still requests that it file its Motion after attempts to mediate. Currently, mediation has been rescheduled for June 29, 2007. Mediation was originally scheduled for June 15, 2007. However, the Agency counsel, who has exclusive settlement authority for the Library, was out of the office from June 13 through June 19, necessitating the change in schedule. If mediation is unsuccessful, Defendant requests that the new dates for filing dispositive Motions be as follows:

Defendant's Motion for Summary Judgment due on July 26, 2007;

Plaintiff's Opposition and Cross Motion due on August 27, 2007;

Defendant's Reply and Opposition due on September 10, 2007; and

Plaintiff's Reply due on September 24, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant