I hereby certify under penalty of perjury that the statements included in this sworn declaration are true and correct.

_____

Shelton Roseboro                              Date