2015-21

*Important Notice:* To ensure that you are viewing the most recent version of a Library regulation or other material on the OGC Web site, Internet Explorer users should click the "Refresh" button. Netscape, Firefox, and Safari users should click the "Reload" button.

*LIBRARY OF CONGRESS REGULATIONS*



# LCR 2015-21

**SUBJECT: Family and Medical Leave**

| SERIES: 2015 Leave Administration | STATUTORY AUTHORITY: Family and Medical Leave Act of 1993. 5 U.S.C. §§6381-6387 and 5 CFR 630.1201 et seq. | RESPONSIBLE OFFICE: Human Resources Services |
|---|---|---|
| ISSUE DATE: October 29, 1996 | REVIEW DATE: October 29, 1998 | SUPERSEDES: N/A |

**Contents:**

Section 1. Purpose and Authority
Section 2. Administration
Section 3. Definitions
Section 4. Invoking FMLA Benefits
Section 5. FMLA Entitlements
Section 6. Request for Leave
Section 7. Continuation of Health Benefits
Section 8. Return to Duty
Section 9. Grievance Process

## Section 1. Purpose and Authority

This Regulation establishes the Library's policy and procedures for the administration of the Family and Medical Leave Act (FMLA) of 1993, 5 U.S.C. 6381-6387 and 5 CFR 630.1201 et seq. The Act is intended to balance the demands of the workplace with the needs of employees and their families by allowing eligible employees to take reasonable amounts of leave for: 1) medical reasons, 2) the birth or adoption/foster care of a child, and 3) the care of a child, spouse, or parent who has a serious health condition.

## Section 2. Administration

The Personnel Directorate, Human Resources Services, is responsible for the administration of this Regulation.

## Section 3. Definitions

A. **Administrative Work Week** consists of seven (7) consecutive days, Sunday through Saturday (see LCR 2014-1).

PLAINTIFF'S EXHIBIT NO. C

http://www.loc.gov/staff/ogc/lcr/2015-21.html

B. **Adoption** refers to a legal process in which an individual becomes the legal parent of another's child. (The source of the adopted child is not a factor in determining eligibility for leave under this Regulation.)

C. **Continuing treatment by a health care provider** means one or more of the following:

   1. The employee or family membership is treated two or more times for the injury or illness by a health care provider.

   2. The employee or family member is treated for the injury or illness two or more times by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider, or is treated for the injury or illness by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider -- for example, a course of medication or therapy to resolve the health condition.

   3. The employee or family member is under the continuing supervision of, but not necessarily being actively treated by, a health care provider due to a serious long-term or chronic condition or disability which cannot be cured. For example, persons with Alzheimer's, persons who have suffered a severe stroke, or persons in the terminal stages of a disease who may not be receiving active medical treatment.

D. **Eligible employee** means an individual employed by the Library of Congress who has a minimum of 12 months of creditable service by the date on which any FMLA leave is to commence. This does not include intermittent employees or individuals serving in a temporary appointment for less than one year.

   If an employee's eligibility is in question, the Library will grant FMLA leave on a provisional basis pending final determination by the Human Resources Office of Pay and Personnel with reference to 5 U.S.C. §6381 and applicable OPM regulations. If eligibility is later denied, the employee shall be charged leave in accordance with the applicable Library of Congress regulation or respective Collective Bargaining Agreement.

E. **Employment benefits** means all benefits provided or made available to employees by an employer, including but not limited to, group life insurance, health insurance, disability insurance, sick leave, annual leave, educational benefits, and pensions.

F. **Equivalent Position and Pay**

   Relative to the employee's former position, an equivalent position is one that has substantially the same benefits, pay, working conditions, including privileges, perquisites, and status and other terms and conditions of employment. It has the same or substantially similar duties and responsibilities, which must entail substantially equivalent skill, effort, responsibility, and authority.

G. **Essential functions** means the fundamental job duties of the employee's position as defined in 29 CFR 1630.2.

H. **Family and Medical Leave** means an employee's entitlement to 12 administrative work weeks of unpaid leave for certain family and medical needs, as prescribed under 5 U.S.C. §6381-6387.

I. **Family member** means an employee's spouse, son, daughter, or parent.

J. **Foster care** means 24-hour care for children in substitution for and away from parents or guardians and such placement is made by or with the agreement of the state as a result of a voluntary agreement by the parent or guardian that the child be removed from the home or pursuant to a judicial determination of the necessity for foster care, and involves an agreement between the state and foster family to take the child.

K. **Health care provider** means:

1. a licensed Doctor of Medicine or Doctor of Osteopathy or a physician who is serving on active duty in the uniformed services and is designated by the uniformed service to conduct examinations under this Regulation;

2. a person providing health services who is not a medical doctor, but who is certified by a national organization and licensed by a state to provide the service in question;

3. a Christian Science practitioner listed with the First Church of Christ, Scientist, in Boston, Massachusetts; or

4. a practitioner as designated under the applicable collective bargaining agreement.

L. **Incapable of self-care** means that the individual requires active assistance or supervision to provide daily self-care in several of the "activities of daily living." Activities of daily living include adaptive activities such as caring appropriately for one's grooming and hygiene, bathing, dressing, eating, cooking, cleaning, shopping, taking public transportation, paying bills, maintaining a residence, using telephones and directories, using a post office, etc.

M. **In loco parentis** refers to the situation of an individual who has day-to-day responsibility for the care and financial support of a child or, in the case of an employee, who had such responsibility for the employee when the employee was a child. A biological or legal relationship is not necessary.

N. **Intermittent leave** means leave taken in separate blocks of time rather than for one continuous period of time, and may include leave of periods less than one hour to several weeks.

O. **Leave without pay** means an approved absence from duty in a non pay status.

P. **Parent** means the biological parent of an employee or an individual who stands or stood in loco parentis to an employee when the employee was a child. This term does not include parents-in-law.

Q. **Physical or mental disability** means a physical or mental impairment that substantially limits one or more of the major life activities of an individual.

R. **Reduced leave schedule** means a work schedule that reduces the usual number of hours per work week, or hours per work day, of an employee.

S. **Serious health condition** means an illness, injury, impairment, or physical or mental condition that involves:

1. any period of incapacity or treatment in connection with or consequent to inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility;

2. any period of incapacity requiring absence from work, school, or other regular daily activities, of more than 3 calendar days, that also involves continuing treatment by (or under the supervision of) a health care provider; or

3. continuing treatment by (or under the supervision of) a health care provider for a chronic or long-term health condition that is incurable or so serious that, if not treated, would likely result in a period of incapacity of more than 3 calendar days; or for prenatal care.

4. any period of incapacity or treatment due to a chronic and/or serious health condition (a) requiring periodic visits for treatment by a health care provider, or by a nurse or physicians assistant under direct care of a health care provider; (b) continues over an extended period of time (including recurring episodes of a single underlying condition); and (c) may cause episodic rather than a continuing period of incapacity (e.g., asthma, diabetes, epilepsy, migraines, etc.).

T. **Son or daughter** means a biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in loco parentis, who is under 18 years of age or 18 years of age or older and incapable of self-care because of a mental or physical disability.

U. **Spouse** means a husband or wife as defined or recognized under state law for purposes of marriage, including common law marriage in a state where it is recognized.

## Section 4. Invoking FMLA Benefits

FMLA benefits may be invoked for one or more of the following reasons:

1. The birth of a son or daughter of the employee and the care of such son or daughter;

2. The placement of a son or daughter with the employee for adoption or foster care;

3. The care of a spouse, son, daughter, or parent with a serious health condition; or

4. A serious health condition of the employee that makes the employee unable to perform the essential functions of his or her position.

## Section 5. FMLA Entitlements

A. Leave without pay

1. An eligible employee shall be entitled to a total of 12 administrative work weeks of unpaid leave (leave without pay) during any 12-month period. These 12 administrative work weeks will be made available equally for a full-time or part-time employee in direct proportion to the number of hours in the employee's regularly scheduled administrative work week. The 12 administrative work weeks of leave will be calculated on an hourly basis and will equal 12 times the average number of hours in the employee's regularly scheduled administrative work week. If the number of hours in an employee's work week varies from week to week, a weekly average of the hours scheduled over the 12 weeks prior to the date leave

## Section 6. Request for Leave

It is the employee's responsibility to substantiate eligibility for FMLA leave by providing documentation for the specific purpose of the request, and to provide as much notice as possible to the Library.

A. Notice

   1. An employee must invoke his/her entitlement to leave under the FMLA.

   2. An employee shall provide at least 30 days notice of need for leave where foreseeable. When the need for leave is unforeseeable notice shall be given as soon as practicable. Leave may not be delayed or denied when the need for leave is not foreseeable and the employee is unable, due to circumstances beyond his or her control, to provide notice.

   3. If the need for leave was foreseeable, and the employee fails to give 30 days notice with no reasonable excuse, the supervisor may delay the taking of FMLA leave up to 30 days after the employee provides notice. Careful consideration of individual leave circumstances should be made before a decision to delay is exercised.

   4. Employees must also notify their supervisor of their request to substitute paid time off and/or of their intent to use leave on an intermittent or reduced leave schedule basis.

   5. An employee must complete the SF 71 (Application for Leave), by checking the appropriate box to indicate the category of leave he/she wants to take and by writing "FMLA" in the section for remarks.

   6. In emergency situations, notification is acceptable from the employee's spouse, domestic partner, family member or other responsible party until the employee is able to contact his/her supervisor.

   7. The Library shall maintain a separate record of all FMLA leave used. The record shall be made available to the employee upon request.

B. Documentation and Medical Certification

   1. The Library may require, via the Health Services Office, that the request for FMLA leave be supported by a certification issued by the health care provider.

      a. When requested, employees shall submit completed Certification of Health Care Provider, Form LW 297 (10/96), to the Health Services Office in a timely manner. The information on the form should relate only to the serious health condition(s) for which the current need for leave exists.

      b. If an employee is unable to provide the medical certification before leave is to begin, the Library will grant leave on a provisional basis pending the submission of the written medical certification or the final medical certification in cases where the validity of the original certification is questioned.

   2. If the Library doubts the validity of the original certification, the Library may require, at its expense, a second opinion from a health care provider designated or approved by the

agency.

If an employee elects to be examined by a medical examiner or practitioner other than the one offered by the Library, he/she shall submit to the Health Services Office the names, addresses, and telephone number of three alternative medical examiners that he/she is willing to have conduct the examination. From these names, one shall be selected by the Library's Health Services Officer. These alternates must be fully qualified and board-certified in the specialty appropriate to the employee's health problem.

   a. when the second opinion differs from the original certification, the Library may require, at its expense, a third opinion, from a health care provider, designated or approved jointly by the employee and the Library. (The third opinion is limited to the information in the original certification.) The third opinion is final and binding on the Library and the employee.

   b. copies of the second and third medical opinions will be provided to the employee or the designated representative by the examining health care provider.

   c. medical certifications and second and third opinions from outside the commuting area and other countries will be subject to the same consideration as medical certifications from within the local commuting area or within the United States.

3. The Library may require periodic recertification at its expense. This requirement shall be in writing and may occur not more often than every 30 calendar days.

4. If, after the leave commences, the employee fails to provide the requested medical certification, the agency may:

   a. charge the employee as absent without leave official leave (AWOL); or

   b. allow the employee to request that the provisional leave be charged as leave without pay or charged to the employee's annual and/or sick leave account, as appropriate.

   c. Disciplinary action may be taken against an employee who knowingly provides a false certification of the need for leave.

**Section 7. Continuation of Health Benefits**

   A. An employee's Health Benefits coverage will continue throughout the period of FMLA leave when the employee is in a non-pay status. The employee is required to pay the employee share of the premium.

   B. An employee may elect to pay the employee share of health premiums on a current basis or may incur a debt and pay his/her share upon return to duty status.

   C. If an employee's health coverage is terminated for non-payment of premium, he/she may re-enroll without penalty when he/she returns to duty status.

   D. The Library shall continue all benefits to which an employee is entitled under the same terms as other instances of leave without pay.

## Section 8. Return to Duty

A.  An employee who takes leave is entitled to be restored to the same or equivalent position, with equivalent benefits, pay, status, and other, terms and conditions of employment.

B.  If an employee is no longer qualified for his/her position because of a lapse in a license or certification, the employee shall be given a reasonable amount of time to fulfill the requirements for the license or certification, generally not to exceed 90 days.

C.  This leave shall not result in the loss of any employment benefit accrued before leave began. Except as otherwise provided by or under law, the new law will not entitle any restored employee to the accrual of any employment benefits during any period of leave or to any right, benefit, or position of employment other than those to which the employee would have been entitled had the employee not taken the leave.

D.  An employee in a position that has specific medical standards or physical requirements who takes leave because of his/her own serious health condition, will be required to obtain medical certification from his/her health care provider stating that the employee is able to resume the functions of his/her position.

The Health Services Officer may require an employee who takes leave for his/her own serious health condition to obtain medical certification from the health care provider that the employee is able to resume the functions of his/her position. This statement need only be a simple statement of an employee's ability to return to work. Requests for such certifications shall be applied equitably and fairly.

  1. The Library must notify the employee of the requirement of a return to work medical certification before leave commences and pay the expenses for obtaining the medical certification. Failure to submit this certification may delay restoration of employment until it is submitted. An employee's refusal to provide written medical certification is grounds for appropriate disciplinary or adverse action.

     A certification is not required when the employee takes intermittent leave.

  2. The Health Services Officer may contact the employee's health care provider, with the employee's permission, for purposes of clarification of the employee's fitness to return to work. This clarification shall be limited to the serious health condition for which FMLA leave was taken. The Library may not delay the employee's return to work while contact with the health care provider is being made.

  3. This requirement must be in accordance with the Americans with Disabilities Act (ADA) that any return-to-work physical be job related.

## Section 9. Grievance Process

All staff members shall be free from restraint, interference, intimidation, coercion, discrimination, and/or reprisal in exercising their rights, or participating in any manner in an investigation, proceeding or hearing, under this Regulation. Employees who believe that their FMLA entitlement has been violated may file a grievance through the negotiated grievance procedure if they are bargaining unit employees or in accordance with procedures described in LCR 2020-1 if they are non-bargaining unit

employees.



Next ›    ‹ Prev    

Comments: lcweb@loc.gov