UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SHELTON ROSEBORO )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br> LIBRARIAN OF CONGRESS )<br>Defendant. )<br>_____ ) | 06cv0602<br>Judge Hogan |

**Plaintiff's Motion to Treat Plaintiff's Motion for Summary Judgment as Conceded**

Comes now Plaintiff Shelton Roseboro, by and through counsel, and files this Motion to Treat Plaintiff's Motion for Summary Judgment as Conceded, and in support thereof states as follows.

Plaintiff filed a motion for summary judgment on July 3, 2007. Defendant was required to file an opposition, if any, by July 16, 2007. Defendant has not filed an opposition and has not otherwise requested additional time to respond to the motion for summary judgment. Plaintiff requests that the court treat the motion for summary judgment as conceded. The court previously ordered Defendant to file any motion for summary judgment in May and later June 2007. Defendant requested an extension of the filing deadlines based on its claim that it wanted the matter to proceed to mediation. In June 2007, the Agency filed an unopposed motion for extension of time to file its dispositive motion, and submitted to the court an extended briefing schedule which was not previously agreed to by Plaintiff's counsel. Mediation was held on June 29, 2007. Based on Plaintiff's demand before mediation and the offer made by the Agency at mediation, Plaintiff believes that the Agency did not request mediation in good faith and

the request for mediation was made to delay the period for the Agency to file its dispositive motion. Defendant has failed to respond to the motion for summary judgment and it should be treated as conceded. Plaintiff sought the consent of Defendant's counsel to this motion but Defendant had not responded at the time this motion was filed.

Wherefore Plaintiff requests that the court treat Plaintiff's motion for summary judgment as conceded.

.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

## Certificate of Service

I hereby certify this 19th day of July 2007, that a copy of the foregoing Plaintiff's Motion to Treat Plaintiff's Motion for Summary Judgment as Conceded was sent electronically to counsel for Defendant listed below:

Heather Graham-Oliver
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., NW
Washington, D.C. 20530

/s/
David A. Branch

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SHELTON ROSEBORO )<br>)<br>Plaintiff )<br>)<br>vi. )<br>) 06cv0602<br>JAMES H. BILLINGTON, ) Judge Hogan<br> LIBRARIAN OF CONGRESS )<br>Defendant. )<br>) | |

**O R D E R**

Upon Consideration of Plaintiff's Motion to Treat Plaintiff's Motion for Summary Judgment as Conceded, it is

ORDERED that the motion be and hereby is granted.

SO ORDERED.

_____

U.S. District Court Judge