### Graham-Oliver, Heather (USADC)

**From:** Graham-Oliver, Heather (USADC)
**Sent:** Wednesday, June 20, 2007 6:30 PM
**To:** 'dablaw'
**Subject:** RE: Roseboro
**Attachments:** MOET-IV.pdf

This is what I am planning on filing tonight. Do you have any objection to the dates for your opposition and etc.?.

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Wednesday, June 20, 2007 6:09 PM
**To:** Graham-Oliver, Heather (USADC)
**Subject:** Re: Roseboro

I am not going to oppose your motion. DAB

----- Original Message -----
**From:** Graham-Oliver, Heather (USADC)
**To:** dablaw@erols.com
**Sent:** Tuesday, June 19, 2007 7:13 PM
**Subject:** Roseboro

In light of the fact that the date for the mediation is on the 29th, I will be filing a motion to extend the date of the summary judgment filing. If we do not settle the case, then I would like to file the motion for summary judgment. Before I file the motion tomorrow, I am requesting your position.



7/19/2007