UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SHELTON ROSEBORO )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br> LIBRARIAN OF CONGRESS )<br>Defendant. )<br>_____ ) | 06cv0602<br>Judge Roberts |

**Plaintiff's Consent Motion for Extension to File Opposition to Motion for Summary Judgment**

Comes now Plaintiff Shelton Roseboro, by and through counsel, and files this consent motion for extension to file opposition to motion for summary judgment, and in support thereof states as follows.

Plaintiff filed a motion for summary judgment, and Defendant filed a cross motion for summary judgment. Plaintiff's reply is due on August 27, 2007. Plaintiff requests a one week extension until September 4, 2007 to file the reply. Plaintiff's counsel has had to respond to three dispositive motions over the past week, and must respond to two motions this week and has court hearings and depositions scheduled for this week. Plaintiff requests and extension until September 4, 2007 to file the reply. Plaintiff requested Defendant's consent to this motion and Defendant consents to this motion.

        Respectfully submitted,

        /s/
        David A. Branch #438764
        Law Offices of David A. Branch, PC
        1825 Connecticut Avenue, N.W.
        Suite 690
        Washington, D.C.  20009
        (202) 785-2805 phone
        (202) 785-0289 fax

## Certificate of Service

      I hereby certify this 27th day of August 2007, that a copy of the foregoing Plaintiff's Motion for Extension to File Reply to Motion for Summary Judgment was sent electronically to counsel for Defendant listed below:

Heather Graham-Oliver
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., NW
Washington, D.C. 20530

        /s/
        David A. Branch

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **SHELTON ROSEBORO** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vi. ) | |
| ) | 06cv0602 |
| **JAMES H. BILLINGTON,** ) | **Judge Roberts** |
| **LIBRARIAN OF CONGRESS** ) | |
| **Defendant.** ) | |
| ) | |

## **O R D E R**

Upon Consideration of Plaintiff's Motion for Summary Judgment, it is

ORDERED that the motion be and hereby is granted.

SO ORDERED.

_____

U.S. District Court Judge

3