UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SHELTON ROSEBORO | ) |
|        Plaintiff | ) |
| v. | ) |
| | ) 06cv0602 |
| JAMES H. BILLINGTON, | ) Judge Hogan |
|  LIBRARIAN OF CONGRESS | ) |
|        Defendant. | ) |

**Sworn Declaration of Shelton Roseboro**

I, Shelton Roseboro, the Plaintiff in this matter, hereby make the following declaration pursuant to the provisions of 28 U.S.C. Sec. 1746. I understand that this declaration is the equivalent of an affidavit. The statements contained herein are based on my personal knowledge.

1. I was employed as a GS-6 Library Technician in the Serials Processing section at the Library of Congress in Washington, DC from 1989 until September 27, 2004.

2. On or about February 3, 2004, I checked into the Gospel Rescue Ministries residential drug treatment program in Washington, D.C. The facility followed a twelve step drug addiction program, with regular drug/urine testing. Although the program as designed was a one year program, it consisted of four phases, each lasting twelve weeks. I requested a combination of FMLA leave and leave without pay to attend the one year program, which was denied by the Library of Congress. After my request for FMLA leave was denied, I was charged with AWOL, suspended for ten days, and later terminated for taking leave which should have been granted under FMLA.

1

2

3.        If I had been informed by the Library of Congress that my request for FMLA leave had been approved for only twelve weeks, I would not have lost my job because I could have requested that the substance abuse program allow me to return to work after the first phase which was the most intensive and was only twelve weeks, and request that the facility modify the treatment program so that I could continue the treatment at times other than the times I would have been at work.  By denying my request for FMLA leave out right, the Library of Congress placed me if the dilemma of either taking leave which I believed was permissible under the FMLA to obtain treatment for what I considered to be a life threatening medical condition or lose my job.  I was prevented me from exercising my rights under FMLA and this caused me to lose my job.

Further declarant saith not.

I hereby certify under penalty of perjury that the statements included in this sworn declaration are true and correct.

    /s/                          9/4/07

_____

Shelton Roseboro                Date