UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELTON ROSEBORO, )<br>)<br>　　Plaintiff, )<br>)<br>　　v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br>)<br>　　Defendant )<br>)<br>_____ ) | Civil Action No. 06-0602 (TFH) |

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION**

　　Now comes the Defendant, the Librarian of Congress, and hereby respectfully requests an extension of time, pursuant to Fed. R. Civ. P. 6(b)(2), within which to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, until October 9, 2007. The Motion was due on Thursday, September 13, 2007. Counsel for Plaintiff has been contacted pursuant to LCvR 7(m) and does not consent to the requested extension.

　　Defendant is requesting this additional time due to the fact that counsel assigned primary responsibility in this matter has been out of the Office for emergency medical care since September 4, 2007. Counsel is expected to return during the latter part of the week of September 17, 2007.

　　As soon as it became apparent that defendant's primary counsel would be absent from work for an extended period for medical reasons, the United States Attorney's Office's staff implemented measures to identify any upcoming deadlines in counsel's assigned cases and to

take appropriate action to seek extensions of those deadlines. Unfortunately, the due date for defendant's reply in this case was inadvertently overlooked when that calendaring system was created. Thus, the due date was allowed to pass as the result of excusable neglect. Defendant and his counsel regret this oversight and any inconvenience it may have caused plaintiff or the Court.

The additional time requested is needed to permit counsel, following her return to work, to complete defendant's reply. This motion is not for purposes of delay but for good cause shown, and will not result in any prejudice to plaintiff or undue delay in the resolution of this case.

Therefore, defendant respectfully request that the Court grant this motion and extend the due date for defendant's reply to October 9, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant

3

Case 1:06-cv-00602-TFH    Document 27    Filed 09/18/2007    Page 3 of 3