UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELTON ROSEBORO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0602 (TFH) |
| JAMES H. BILLINGTON, | ) |
| LIBRARIAN OF CONGRESS, | ) |
| | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION**

     Now comes the Defendant, the Librarian of Congress, and hereby respectfully requests an extension of time, pursuant to Fed. R. Civ. P. 6(b)(2), within which to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, until October 16, 2007.  The Motion is due on Tuesday, October 9, 2007.  Counsel for Plaintiff was been contacted on Thursday, October 4, 2007, pursuant to LCvR 7(m) but has not responded prior to the filing of this motion.

     The additional time is needed to permit counsel, following her return to work from an extended emergency medical leave, to complete defendant's reply and to get the necessary input of the agency.  This motion is not for purposes of delay but for good cause shown, and will not result in any prejudice to plaintiff or undue delay in the resolution of this case.

     Therefore, defendant respectfully request that the Court grant this motion and extend the due date for defendant's reply to October 16, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant

2